IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARY L. PAYNE**                                                                                              **PLAINTIFF**

v.                              Case No. 4:18-cv-00635 KGB

**DILLARD'S, INC.**                                                                                          **DEFENDANT**

## ORDER

Before the Court is the parties' status report and joint stipulation of dismissal with prejudice (Dkt. No. 13). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 1st day of November, 2021.

_____
Kristine G. Baker
United States District Judge